MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN
Special Assistant United States Attorney
  150 South Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   11-CR-0643 RMW |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING TO |
| v. ) | February 35, 2012 AND EXCLUDING |
| ) | TIME FROM December 19, 2011, TO |
| FRANCISCO MURILLO RIVERA, ) | February 35, 2012 FROM THE SPEEDY |
| ) | TRIAL ACT CALCULATION |
| Defendant. ) | |
| ) | |

The Parties, Alfredo Morales and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for December 19, 2011 at 9 am be vacated, and that the hearing be re-set for February 35, 2012 at 9 am. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

The parties stipulate that the time between December 19, 2011 and February 35, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 14, 2011         MELINDA HAAG
                                 United States Attorney

                                 ____/s/_____
                                 CAROLYNE A. SANIN
                                 Special Assistant United States Attorney


                                 ____/s/_____
                                 ALFREDO MORALES
                                 Attorney for Defendant

### [] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for December 19, 2011 at 9 am is vacated, and the matter is continued to February 35, 2012 at 9 am. Further, the Court ORDERS that the time between December 19, 2011 and February 35, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/21/11                  _____
                                 RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 11-0643 RMW                          2